An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEANGELO LAMONT MITCHELL,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62069

**FILED**

MAY 1 4 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order by the district court denying a motion to modify, suspend, or correct an illegal sentence.[1] Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

In his motion filed on September 13, 2012, appellant claimed that his sentence is illegal because he was a juvenile when he committed the offenses and he was less culpable than his codefendant but received the same sentence. Appellant failed to demonstrate that the district court relied on mistaken assumptions regarding his criminal record that worked to his extreme detriment. *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996). Appellant also failed to demonstrate that his sentence was facially illegal or that the district court lacked jurisdiction.

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

To the extent that appellant appeals from the denial of his motion for appointment of counsel, he did not establish that the district court abused its discretion in denying the motion.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-14214

*See id.* We therefore conclude that the district court did not err in denying appellant's motion. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. Elissa F. Cadish, District Judge
       Deangelo Lamont Mitchell
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk